# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ROSALES,<br>    Plaintiff,<br><br>        v.<br><br>WORLDWIDE EQUIPMENT SALES OF CALIFORNIA, LLC, et al.,<br>    Defendants. | CV 20-9932 DSF (Ex)<br><br>Order DENYING Motion to Remand (Dkt. No. 10) |

   Plaintiff Raul Rosales has filed a motion to remand based solely on the possibility that one of the fictitiously named defendants may be citizens of California.  There is no merit to this argument.  28 U.S.C. § 1441(b)(1) ("In determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded.").

   The motion to remand is DENIED.

   IT IS SO ORDERED.


 DATED:  December 23, 2020

                                                              _____
                                                              Honorable Dale S. Fischer
                                                              UNITED STATES DISTRICT JUDGE