UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN

| | |
|---|---|
| RAUL ROSALES,<br><br>     Plaintiff,<br><br>   v.<br><br>WORLDWIDE EQUIPMENT SALES OF CALIFORNIA, LLC an Iowa Corporation; JEFFREY IRR, an individual; and DOES 1 through 100, inclusive,<br><br>     Defendants. | CASE NO. 2:20-cv-09932- DSF (EX)<br><br>Assigned to Hon. Dale S. Fischer<br><br>Complaint Filed: August 26, 2020<br>Trial Date: January 18, 2022<br><br>**ORDER RE DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

## **ORDER**

Pursuant to the stipulation between Plaintiff RAUL ROSALES ("Plaintiff") and Defendant WORLDWIDE EQUIPMENT SALES OF CALIFORNIA, LLC an Iowa Corporation and JEFFREY IRR, an individual ("Defendants") and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Case No. CASE NO. 2:20-cv-09932- DSF (EX) is hereby DISMISSED WITH PREJUDICE in its entirety.  Each party to bear its own attorney's fees and costs except as specified in the parties' settlement agreement. The Court will retain jurisdiction to enforce the settlement.

IT IS SO ORDERED.

DATED:  July 27, 2021

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE